In the Matter of the Claim of WESLEY N. LOVELL, Respondent, v. BERMAN'S MOTOR EXPRESS et al., Appellants, and BERMAN'S MOTOR EXPRESS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.